```
                     IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA


DOCK McNEELY,

          Petitioner,              Civ. S-00-1358 DFL PAN P

     v.

LOU BLANAS,

          Respondent.              NON-RELATED CASE ORDER
_____/

DOCK McNEELY,                      Civ. S-00-1508 WBS DAD

          Plaintiff,

     v.

SACRAMENTO COUNTY, et al.

          Defendants.
_____/

DOCK McNEELY,                      Civ. S-00-2797 DFL PAN P

          Plaintiff,

     v.

SACRAMENTO COUNTY, et al.

          Defendants.
_____/
```

```
 1  DOCK McNEELY,                          Civ. S-01-2084 EJG GGH P
 2          Plaintiff,
 3       v.
 4  ROY K. SIMMONS, et al.
 5          Defendants.
                                       /
 6  DOCK McNEELY,                          Civ. S-03-2172 DFL PAN
 7          Plaintiff,
 8       v.
 9  EDWARD BONNER, et al.
10          Defendants.
                                       /
11
12  DOCK McNEELY,                          Civ. S-04-0062 DFL PAN
13          Plaintiff,
14       v.
15  LOU BLANAS, et al.
16          Defendants.
                                       /
17
18  DOCK McNEELY,                          Civ. S-04-1215 DFL PAN
19          Plaintiff,
20       v.
21  EDWARD BONNER, et al.
22          Defendants.
                                       /
23
24
25
26
```

```
DOCK McNEELY,                           Civ. S-05-1401 MCE DAD

        Plaintiff,

    v.

SACRAMENTO COUNTY, et al.

        Defendants.
                                    /
```

A Notice of Related Cases was filed concerning the above-captioned cases on September 27, 2005. <u>See</u> Local Rule 83-123 (E.D. Cal. 2005). On review of the cases, the court finds that the cases ought not be related or reassigned. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court. Therefore, they shall not be considered related.

  IT IS SO ORDERED.

DATED: 10/20/2005

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

3