UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK MCNEELY, | No. 2:05-cv-1401-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER OF CONSOLIDATION** |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS, as an individual and in his official capacity; and DOES 1 through 100, in their individual and official capacities, | |
| Defendants. _____ / | |
| DOCK MCNEELY, | No. 2:05-cv-2549-WBS-KJM |
| Plaintiff, | |
| v. | |
| COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity as Sheriff of Placer County; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity, and DOES 1 through 10, | |
| Defendants. _____ / | |

1  After review of the parties February 18, 2006 Stipulated
2  Motion to Consolidate Cases, the Court makes the following
3  orders:
4      1.  Pursuant to Fed. R. Civ. P. 42, the actions denominated
5  as Dock McNeely v. Co. of Sac., No. 2:05-cv-1401-MCE-DAD and Dock
6  McNeely v. Co. of Placer, No. 2:05-cv-2549-WBS-KJM are
7  consolidated;
8      2.  Case No. 2:05-cv-1401-MCE-DAD is designated as the
9  "master file";
10     3.  The Clerk of the Court is directed to administratively
11 close case No. 2:05-cv-2549-WBS-KJM; and
12     4.  The parties are directed to file all future pleadings,
13 motions and other filings ONLY in case No. 02:05-cv-1401-MCE-DAD.
14     IT IS SO ORDERED.
15 DATE: March 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE