**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SHERIFF LOU BLANAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK McNEELY,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS as an individual and in his official capacity; and DOES 1 through 100, in their individual and official capacities.<br><br>        Defendants.<br>_____ / | Case No.: 2:05-cv-01401-MCE-DAD master file - (consolidated with Case No. 05-2549)<br><br>**EX PARTE APPLICATION AND DECLARATION OF COUNSEL IN SUPPORT THEREOF TO EXTEND PAGE LIMITS FOR DEFENDANTS COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION; ORDER REGARDING PAGE EXTENSION** |
| DOCK McNEELY,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity as Sheriff of Placer County; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS individually and in his official capacity as Sheriff of Sacramento County; and DOES 1 through 10,<br><br>        Defendants.<br>_____ / | Date: August 3, 2007<br>Time: 9:00 a.m.<br>Ctrm: 3 |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**EX PARTE APPLICATION AND DECLARATION OF COUNSEL TO EXTEND PAGE LIMIT OF**
00518132.WPD    **DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**

Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS (hereinafter "Defendants") hereby respectfully submit this Ex Parte Application for permission to file Defendant's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment/Adjudication in excess of the twenty-page (20) limit, as well as to file their Reply in excess of the fourteen (14) page limitation, as set by PreTrial (Status) Scheduling Order dated January 11, 2006.

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION**

I, John R. Whitefleet, declare:

1.   I am an attorney at law, licensed to practice in and before all of the courts of the State of California and the United States District Court for the Eastern District of California, and am an associate with Porter Scott, A Professional Corporation, Attorneys of Record for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS in the above-captioned matter.

2.   On July 3, 2007, Defendants filed its Motion for Summary Judgment/adjudication as to Plaintiff's consolidated claims.  The Memorandum of Points and Authorities in Support of its Motion for Summary Judgment/Adjudication contains approximate twenty-six-pages[1] of factual background, law and substantive argument.  In filing this document, Defendants inadvertently neglected to seek a page extension over the twenty-page limit as set forth in the PreTrial (Status) Scheduling Order dated January 11, 2006, prior to the filing of said motion.

3.   We respect the rules of the Court and any failure to move prior to filing of said motion was inadvertent, and not intended to ignore the order of the court.  The failure to request this extension prior to the filing of the motion is regrettable and Defendants sincerely apologize for any inconvenience this unintended oversight may have caused the Court and Plaintiff.

4.   Defendants note that Case No. 05-1401 was consolidated with Case No. 05-2549 on March 3, 2006, several months after the PreTrial (Status) Scheduling Order dated January 11, 2006

---

[1] Due to an apparent technical problem when the document was converted to PDF format, this extended the pages to 28, including a blank page. Had this not occurred, the pages would have been approximately 26.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00518132.WPD   **EX PARTE APPLICATION AND DECLARATION OF COUNSEL TO EXTEND PAGE LIMIT OF DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**   -i-

1  was issued.

2      5.    Defendants have in good faith attempted to address the complicated issues raised in
3  this now consolidated action. These issues include Eleventh Amendment immunity, quasi-judicial
4  immunity, qualified immunity, supervisory liability and <u>Monell</u>-type liability as to several alleged
5  policies. Appropriate discussion of each issue raised required significant legal analysis of complex
6  issues, and as such it was impossible to properly address all the issues raised within the twenty-page
7  limitation. Accordingly, on behalf of Defendants, I respectfully request that the Court retroactively
8  grant Defendants leave to extend the page limitations and deem the Motion for Summary Judgment,
9  as filed, proper and acceptable. Alternatively, Defendants seek leave to file an amended motion to
10 comply with page limitation.

11     6.    In addition, Defendants also request leave to file a Reply that exceeds the fourteen
12 page limitation. In this regard, Defendants' Reply is approximately 16 pages, which includes not
13 a response to Plaintiff's opposition to the issues enumerated above, but also out of an abundance of
14 precaution, and assuming the court considered such claims, to respond to several new claims
15 Plaintiff had not previously asserted in the consolidated complaints. As such, despite all good faith
16 efforts, it was necessary to exceed the fourteen page limitation. Accordingly, on behalf of
17 Defendants, I respectfully request that the Court grant Defendants leave to extend the page
18 limitations for the Reply to 16 pages.

19     I declare under penalty of perjury pursuant to the laws of the State of California that the
20 foregoing is true and correct, and if called to testify as a witness in this matter I can and will testify
21 competently as to the matters of fact contained herein based upon my personal knowledge.

22     Dated this 30th day of July 2007, at Sacramento, California.

23
24                                  By  /s/ John R. Whitefleet
                                    John R. Whitefleet
25                                     Attorney for Defendants
                                    COUNTY OF SACRAMENTO, SACRAMENTO
26                                     COUNTY SHERIFF'S DEPARTMENT, SHERIFF
                                    LOU BLANAS

27 ///
28 ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**ORDER**

This Ex Parte Application for permission to file a Memorandum of Points and Authorities in Support of Motion for Summary Judgment/Adjudication, and Reply to Plaintiff's Opposition, in excess of the page limitations set forth in the PreTrial (Status) Scheduling Order dated January 11, 2006, was filed by Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS and was entertained on an ex parte basis. The Court has reviewed the motion and found good cause to grant Defendants' requests for page extensions. Therefore:

IT IS HEREBY ORDERED that Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS' Ex Parte Application to extend the page limitations in its Memorandum of Points and Authorities in Support of Motion for Summary Judgment/Adjudication be granted and that the Court will consider Defendants' motion as filed.

IT IS HEREBY ORDERED that Defendants' Ex Parte Application to extend page limitations in regard to their Reply to Plaintiff's Opposition is hereby granted and shall be limited to no more than sixteen pages in length.

Dated: August 1, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

EX PARTE APPLICATION AND DECLARATION OF COUNSEL TO EXTEND PAGE LIMIT OF
00518132.WPD   DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION   -iii-