Gregory M. Garrison (SBN 165215)
GARRISON & McINNIS, L.L.P.
2650 Camino del Rio North, Suite 108
San Diego, California 92108
E-Mail: ggarrison@gm-lawyers.com

Telephone:  (619) 295-3200
Facsimile:   (619) 299-3209

Attorneys for Plaintiff DOCK McNEELY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK McNEELY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as Sheriff of Sacramento County; COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity as Sheriff of Placer County, AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 05 CV 1401 MCE DAD *consolidated with* 05 CV 2549 WBS KJM<br><br>**STIPULATION OF COUNSEL FOR ADDITIONAL DAY TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND OR ADJUDICATION AND PROPOSED ORDER THEREON**<br><br><br>Dept.: 3<br>Date:   August 3, 2007<br>Time:  9:00 a.m. |

WHEREAS, PLAINTIFF'S Opposition to the SACRAMENTO DEFENDANTS' Motion for Summary Adjudication was to be personally served on the SACRAMENTO DEFENDANTS' counsel on July 20, 2007; and

WHEREAS, PLAINTIFF'S counsel experienced technical difficulties with their e-mail on July 20, 2007 due to the size of the Notice of Lodgement filed in connection with PLAINTIFF'S Opposition; and,

///

1  WHEREAS, due to the aforementioned technical difficulties PLAINTIFF was unable to e-mail
2  the Opposition to PLAINTIFFS attorney service to be served on the SACRAMENTO DEFENDANTS'
3  counsel until after 5:00 P.M. on July 20, 2007.

4  THEREFORE IT IS STIPULATED AND AGREED AS FOLLOWS:

5  The SACRAMENTO DEFENDANTS shall have an additional day to file their Reply to
6  PLAINTIFF'S Opposition to the SACRAMENTO DEFENDANTS' Motion for Summary Judgment
7  and/or Summary Adjudication of Issues. As such, the Reply is now due to be electronically filed with
8  the Court by 4:00 p.m. on Monday July 30, 2007. The parties further stipulate that the Reply can be
9  electronically served on PLAINTIFF'S COUNSEL via e-mail.

10  IT IS SO STIPULATED.

11  Dated: _____                    GARRISON & McINNIS, L.L.P.

13                                              By: _____
                                                Gregory M. Garrison, Attorneys for
14                                              Plaintiff, DOCK McNEELY

15  Dated: _____                    PORTER, SCOTT, WEIBERG & DELEHANT

17                                              By: _____
                                                John R. Whitefleet, Attorneys for
18                                              Defendants, COUNTY OF SACRAMENTO;
                                                SACRAMENTO COUNTY SHERIFF'S
19                                              DEPARTMENT; LOU BLANAS, individually
                                                and in his official capacity as Sheriff of
20                                              Sacramento County

21  IT IS SO ORDERED.

23  Dated: August 1, 2007

                                                _____
                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE

C:\iFolder\mengland\Home\TO DOCKET CIVIL\05cv1401.PRIORITY.stip.0801.wpd