Gregory M. Garrison (SBN 165215)
GARRISON & McINNIS, L.L.P.
2650 Camino del Rio North, Ste 108
San Diego, California 92108

Telephone: (619) 299-4877
Facsimile:  (619) 299-4787

Attorneys for Plaintiff, DOCK McNEELY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK McNEELY,<br><br>              Plaintiff,<br><br>      v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as Sheriff of Sacramento County; COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity as Sheriff of Placer County, and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO.: 2:05-cv-01401-MCE-DAD<br>*consolidated with* 2:05-cv-02549-WBS-KJM<br><br><br>ORDER<br><br><br><br><br><br><br><br><br>Date:  September 6, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY ORDERED AS FOLLOWS:**

  1.  The Mandatory Settlement Conference in this matter is hereby taken off calendar.

Dated:  September 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE