Gregory M. Garrison (SBN 165215)
ggarrison@gm-lawyers.com
GARRISON & McINNIS, L.L.P.
2650 Camino del Rio North, Suite 108
San Diego, California 92108

Telephone: (619) 299-4877
Facsimile: (619) 299-4787

Attorneys for Plaintiff, DOCK McNEELY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK McNEELY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as Sheriff of Sacramento County; COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity of Sheriff of Placer County; and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 2:05 CV-01401 MCE-DAD<br>*Consolidated with* 05-CV-2549<br><br>**ORDER** |

Based on the Stipulation of the parties and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Final Pretrial Conference will be continued to January 11, 2008, Final Pretrial Statements will be filed no later than December 28, 2007, and Trial will be continued to February 11, 2008.

Dated: October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE