**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SHERIFF LOU BLANAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK McNEELY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS as an individual and in his official capacity; and DOES 1 through 100, in their individual and official capacities.<br><br>　　　　Defendants.<br>_____/ | Case No.: 2:05-cv-01401-MCE-DAD (consolidated with Case No. 05-2549)<br><br>**ORDER CONTINUING TRIAL, FINAL PRETRIAL CONFERENCE and DEADLINE TO FILE PRETRIAL STATEMENTS** |
| DOCK McNEELY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity as Sheriff of Placer County; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS individually and in his official capacity as Sheriff of Sacramento County; and DOES 1 through 10,<br><br>　　　　Defendants.<br>_____/ | |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00530042.WPD                                                                - 1 -

1   Based on the Stipulation of the parties and good cause appearing therefor:

2   IT IS HEREBY ORDERED that the Final Pretrial Conference will be continued to

3   April 4, 2008 at 9:00 a.m. and Final Pretrial Statements will be filed no later than March 14,

4   2008.  Trial in this matter is now scheduled for May 19, 2008.

Dated:  January 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00530042.WPD

- 2 -